**322 So.2d 733**
**In re Ulay Black GRIMES**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel.**
**ATTORNEY GENERAL.**

**SC 1521.**

Supreme Court of Alabama.

Nov. 20, 1975.

William J. Baxley, Atty. Gen., and Gary R. Maxwell, Asst. Atty. Gen., for the State, petitioner.

SHORES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Grimes v. State*, 56 Ala.App. 439, 322 So.2d 729.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

**321 So.2d 729**
**In re Tommy Earl GROSS**

v.

**STATE.**

**Ex parte Tommy Earl Gross.**

**SC 1503.**

Supreme Court of Alabama.

Oct. 30, 1975.

P. Wayne Thorn, Birmingham, for petitioner.

No appearance for respondent.

ALMON, Justice.

Petitioner for Tommy Earl Gross for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Gross v. State*, 56 Ala.App. 387, 321 So.2d 727.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.